JD:FTB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

17 M 736

UNITED STATES OF AMERICA

- against -

ANTHONY COX,

                Defendant.

- - - - - - - - - - - - - - - - -X

COMPLAINT AND AFFIDAVIT
IN SUPPORT OF
APPLICATION FOR AN
ARREST WARRANT

(T. 18, U.S.C. § 922(g)(1))

EASTERN DISTRICT OF NEW YORK, SS:

        ANTHONY VIDOT, being duly sworn deposes and states that he is a Detective with the New York City Police Department ("NYPD"), duly appointed according to law and acting as such.

        Upon information and belief, on or about August 12, 2017, within the Eastern District of New York, the defendant ANTHONY COX, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting interstate and foreign commerce a firearm, to wit: a .380 caliber, semi-automatic Ruger handgun.

        (Title 18, United States Code, Section 922(g)(1))

        The source of your deponent's information and grounds for his belief are as follows:[1]

---

[1] Because this affidavit is being submitted for the limited purpose of establishing probable cause to arrest, I have not set forth each and every fact I have learned during the course of this investigation.

1. I am a Detective with the NYPD and have been involved in the investigation of numerous cases involving firearms offenses. I am currently assigned to the Firearm Suppression Section. I am familiar with the facts and circumstances set forth below from my personal involvement in this investigation, my review of documents, records and reports, and from reports made to me by other law enforcement officers and personnel. Where I describe the statements of others, I am doing so only in sum and substance and in part.

2. On or about August 12, 2017, at approximately 7:20 a.m., NYPD officers assigned to Police Service Area 2 ("PSA 2") were monitoring cameras in a center located in a New York City Housing Authority ("NYCHA") building near 395 Livonia Avenue in Brooklyn, New York. The officers observed the defendant ANTHONY COX wearing a white shirt and white shorts interacting with several other individuals in a courtyard area outside the location of the center. As they watched the live footage from the camera, they observed the defendant ANTHONY COX remove a handgun from his pants and hold it behind his back.

3. The NYPD officers reported that a gun had been sighted to PSA 2 headquarters, which dispatched additional officers to the scene. Two NYPD officers (wearing plainclothes) then left the center and began to follow the defendant ANTHONY COX, who had begun walking away from the courtyard area. The defendant ANTHONY COX eventually began to run, and the officers pursued him. One officer identified himself as an NYPD officer and directed the defendant ANTHONY COX to halt, but he continued to run.

4. The officer who had directed the defendant ANTHONY COX to stop then saw COX throw a black object away from his person. The two officers searched the area where COX had thrown the object and found a .380 caliber, semi-automatic Ruger handgun. The officers recognized the gun as the one they had seen COX handle on the live video. The gun was later found to have one bullet in the chamber, and five additional bullets in the magazine.

5. An evidence collection team from NYPD responded to the scene to recover the gun, and the two officers who had pursued the defendant ANTHONY COX returned to the center near 395 Livonia Avenue to continue to monitor video footage. They then saw the defendant ANTHONY COX (wearing a white shirt and white shorts) on a video camera near another NYCHA building. They radioed the location of the defendant ANTHONY COX to other officers, who then arrested the defendant COX based on the description provided by the officers observing him on the video footage. Those viewing officers confirmed that the defendant ANTHONY COX was the individual that they had seen with the gun, pursued and observed throwing the black object.

6. I reviewed the defendant ANTHONY COX's criminal history records and determined that, on or about February 27, 2006, the defendant was convicted in U.S. District Court for the Eastern District of New York of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), a felony punishable by a term of imprisonment of more than one year.

WHEREFORE, your deponent respectfully requests that an arrest warrant be issued for the defendant ANTHONY COX so that he may be dealt with according to law.

_____
ANTHONY VIDOT
Detective
New York City Police Department

Sworn to before me this
17th day of August, 2017

_____    s/Pohorelsky
THE HONOR[ABLE VIKTOR V. POHORE]LSKY
UNITED ST[ATES MAGISTRATE JUDGE]
EASTERN D[ISTRICT OF NEW YORK]